United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON, <br> Plaintiff, <br> v. <br> CARLOS G. BOLANOS, et al., <br> Defendants. | Case No. 22-cv-02697-JD <br><br> **ORDER RE DISMISSAL** |

This is a civil rights complaint filed pro se by a state prisoner. The Court dismissed the amended complaint with leave to amend after discussing the deficiencies in the case. The time to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. This case is **DISMISSED** without prejudice for the reasons stated in the prior order.

**IT IS SO ORDERED.**

Dated: December 8, 2022

JAMES DONATO
United States District Judge